

ENTERED
04/04/2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

IN RE:                                                              CASE NO. 16–33455
Hollis L. Price                                                    CHAPTER 13

     Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*126* – Motion to Deposit Funds into the Court Registry Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

       Amount: $ 3,300.65
       Owed to: WELLS FARGO BANK NA

Signed and Entered on Docket: 4/4/18.

          by: <u>Kristy Love</u>
             Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.